UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

KAROL SUE O'CONNOR,  Case No. 07-46660-wsd
  Chapter 7
                Debtor. /  Hon. Walter Shapero

CHASE BANK USA, N.A.,

                Plaintiff(s),

vs.  Adv. Pro. No. 07-5933

Karol Sue O'Connor,

                Defendant(s). /

## PRELIMINARY ORDER DENYING EXISTENCE OF PRESUMPTION UNDER 523(a)(2)(C)(i)(II)

The parties having placed before the Court preliminary to trial the issue of whether or not the transactions involved in this proceeding were "cash advances" within the meaning of that term in 523(a)(2)(C)(i)(II) for purposes of determining whether or not such would be presumed to be non-dischargeable; the Court having heard the arguments of the parties and reviewed the submitted evidence; the Court having concluded, in light of an upcoming trial date, that it would be appropriate to issue a preliminary ruling on the matter so that the scheduled trial might go forward; the Court also advising the parties that in due course it will issue a written opinion on the subject reflecting the conclusion set forth herein, but did not wish the trial to be delayed pending the issuance of that opinion,

1

IT IS HEREBY ORDERED that for reasons to be set forth in that written opinion, the transactions which are the subject matter of this proceeding are not to be considered as "cash advances" within the meaning of the cited statutory provision; accordingly for purposes of the trial of this proceeding they will not be presumed to be dischargeable.

**Signed on December 05, 2007**

                                                 **/s/ Walter Shapero**
                                          **Walter Shapero**
                                          **United States Bankruptcy Judge**